IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:                                         Case No. 15-30192 W

                                                Chapter 13

Mark A. Pawelczak

                                                HON. MARY ANN WHIPPLE

                 Debtor(s)                         <u>NOTICE OF DEFAULT AND MOTION
TO REINSTATE PAYMENTS ON THE
CLAIM (Claim 11) OF LUCAS COUNTY
TREASURER THROUGH THE PLAN</u>

        Now comes the Lucas County Treasurer, and gives notice to the Court and the trustee, that the debtor Mark A. Pawelczak has failed to make the payments required by his Debtor Installment Payment Plan (DIPP) as required by the Stipulation filed with this court on August 13, 2015. The debtor made a single payment in December, 2015 after the Stipulation was entered. As a result of the default, the penalties and interest were added back to the claim and the claim was recalculated; the current amount due on Claim number 11 as of this date is $9,544.22.

        The Stipulated Order stated that if the debtor became delinquent on her DIPP plan payments without communicating a plan to cure the default which was satisfactory to the treasurer, that the treasurer would declare the payment plan void and file a Motion with the Court seeking reinstatement of the payments through the plan. The treasurer is now before the Court seeking this

relief.

      WHEREFORE the Lucas County Treasurer moves this Court order the reinstatement of payments through the plan on his Claim number 11 in the amended amount of $9,544.22 plus interest at 12%.

                              Respectfully submitted,

                              JULIA R. BATES
                              LUCAS COUNTY PROSECUTOR

                              By: /s/ Suzanne C. Mandros
                              Assistant Prosecuting Attorney
                              One Government Center, Ste 500
                              Toledo, Ohio 43604
                              (419) 213-2145
                              FAX (419) 213-4070
                              Ohio Reg. No. 0002157

# CERTIFICATION

I certify that on June 28, 2016, a true and correct copy of the Notice of Default and Motion of the Lucas County Treasurer to Reinstate Payments under the Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Michael P. Dansack, on behalf of the Debtor, at mdansack@gallonlaw.com
United States Trustee at ustp.region09@usdoj.gov
Elizabeth A. Vaughan, Standing Chapter 13 Trustee at eavaughan@att.net

And by regular U.S. Mail, postage prepaid, on

Mark A. Pawelczak
3797 Oak Forest Drive
Toledo, OH 43614

/s/ Suzanne C. Mandros
Assistant Prosecuting Attorney