**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: August 12 2016**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**In Re:**                          *        **JUDGE MARY ANN WHIPPLE**
**Mark Anthony Pawelczak**

    **Debtor**                  *        **Chapter 13 Case No.15-30192 W**

**STIPULATED AGREED ORDER AMENDING CHAPTER 13 PLAN**
*(Pursuant to Court Order to Determine Unsecured Creditor's Percentage as Tax Refunds are Received)*

    Now comes, Elizabeth A. Vaughan, the Standing Chapter 13 Trustee, Counsel for Debtor and the Debtor herein pursuant to prior order of this Court that this case be reviewed upon receipt tax refunds, who hereby agree and stipulate that the Chapter 13 Plan shall be amended as follows:

    **IT IS ORDERED** that the percentage to be paid to the unsecured creditors shall be increased from 20% to 54.3886 %;

    **FURTHER, ORDERED** that all other aspects of the Plan shall remain the same.

/s/ *Elizabeth A Vaughan*
Elizabeth A. Vaughan
The Standing Chapter 13 Trustee

/s/ *Michael P Dansack, Jr.*
Michael P Dansack, Jr.
Attorney for Debtor

/s/ *Mark Anthony Pawelczak*
Mark Anthony Pawelczak
Debtor

**Certificate of Service**

**Mark Anthony Pawelczak**
3797 Oak Forest Drive
Toledo, OH 43614
**Debtor**
**(served via U.S. mail**


**Michael P Dansack, Jr**
Gallon, Takacs, Boissoneault & Schaffer
PO Box 352018
Toledo, OH 43635-2018
(419) 843-2001
Email: mdansack@gallonlaw.com
**Debtor Attorney**
**(served via ECF)**

**Elizabeth A Vaughan**
**The Standing Chapter 13 Trustee**
**(served via ECF)**

**United States Trustee**
**(served via ECF)**